**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES | CASE NO. 6:13-CR-00053 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| BRANDON BLAINE HANDY | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 241], and after a de novo review of the record, including the Objection filed by Petitioner [Record Document 243], having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion for Compassionate Release [Record Document 233] is **DENIED**. Petitioner may refile a motion for compassionate release after he exhausts his administrative remedies.

**THUS DONE AND SIGNED** in Chambers, this 26th day of September 2025.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE