# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES | CASE NO. 6:13-CR-00053 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| BRANDON BLAINE HANDY | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 242], and after a de novo review of the record, including the Objection filed by Petitioner [Record Document 243], having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [Record Document 234] is **DENIED**.

Pursuant to Rule 11(a) of the Rules governing § 2255 proceedings for the United States District Courts, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the petitioner. Unless a Circuit Justice or a Circuit or District Judge issues a certificate of appealability, an appeal may not be taken to the court of appeal. In this case, a certificate of appealability is **DENIED** because Petition has failed to demonstrate a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** in Chambers, this 26th day of September 2025.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE